UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR L. HENDRIX, | No. 2:20-cv-1739 KJN P |
| Plaintiff, | |
| v. | ORDER |
| RALPH DIAZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 1, 2020, plaintiff filed a motion for relief from this court's order transferring the instant case to the Central District of California where plaintiff's claim arose. However, plaintiff did not sign his motion. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's motion unless he signs and re-files the motion. Accordingly, plaintiff is provided an opportunity to re-file his motion bearing his signature. Failure to submit a signed motion will result in the motion being stricken for lack of plaintiff's signature.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> motion (ECF No. 5).

Dated: October 6, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hhend1739.r11